**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT LOUISIANA**

JANICE CLARK, *et al*,
    Plaintiffs,

CIVIL CASE: 3:86-cv-00435

DONALD R. JOHNSON,
    Plaintiff-Intervenor

TRUDY M. WHITE,
    Plaintiff-Intervenor

GIDEON T. CARTER, III,
    Plaintiff-Intervenor

    Versus

JEFFREY "JEFF" LANDRY, *et al*,
    Defendants

Judge John W. deGravelles
Magistrate Judge Scott W. Johnson

## ORDER

Considering the Motion To Substitute An Updated Memorandum In Support of FRCP 60 (B) (5) Motion For Review and Validation of Remedy Relief From Judgment;

**IT IS SO ORDERED** that the Motion is Granted.

Baton Rouge, Louisiana, this  21st  day of  January , 2025.

_____
JOHN W. DEGRAVELLES
UNITED STATES DISTRICT JUDGE
Middle District of Louisiana

9