**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

**JANICE G. CLARK, ET AL.**

**VERSUS**

**JEFF LANDRY, in his official capacity as Governor of the State of Louisiana, ET AL.**

**CIVIL ACTION**

**NO. 86-435-JWD-EWD**

## ORDER

**IT IS ORDERED** that this matter is **STAYED** and **ADMINISTRATIVELY CLOSED** pending a decision by the United States Supreme Court in *Louisiana v. Callais*, No. 24-109. The Court finds that, even if Plaintiffs had shown a likelihood of success on the merits, any prejudice they suffer from a stay will be substantially outweighed by (1) the prejudice suffered by Defendants in having a decision rendered using a standard that has a significant potential to change following a decision in *Callais*; and (2) the fact that the public interest would be better served by conserving judicial and party resources in rendering a decision only once rather than potentially having to relitigate all of these issues again after *Callais* is decided.

**IT IS FURTHER ORDERED** that the previous briefing schedule issued on Plaintiffs' omnibus motion is **VACATED.**

**IT IS FURTHER ORDERD** that, within **thirty (30) days** of a decision in *Callais*, the parties shall file pocket briefs, not to exceed ten (10) pages, describing the impact of *Callais* on the issues remaining in this case.

Signed in Baton Rouge, Louisiana, on <u>July 17, 2025</u>.

_____
**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**