UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

MINUTE ENTRY:
**JULY 10, 2025**
DISTRICT JUDGE JOHN W. deGRAVELLES

**JANICE G. CLARK, ET AL.**

**VERSUS**

**JEFF LANDRY, in his official capacity as Governor of the State of Louisiana, ET AL.**

**CIVIL ACTION**

**NO. 86-435-JWD-EWD**

### STATUS CONFERENCE

This matter came on this day for a *Zoom Status Conference*.

PRESENT:   Martin K. Maley, Sr. & Stephen M. Irving
**Counsel for Plaintiffs**

James G. Evans
**Counsel for Governor Landry**

Cary T. Jones
**Counsel for Attorney General Liz Murril**

Celia Cangelosi
**Counsel for Secretary of State**

The following motions are before this Court: (1) Plaintiffs' *Motion to Reopen, Substitute Defendants and FRCP 60(B)(5) Motion for Review and Validation of Remedy Relief from Judgment* (Doc. 695) **("Motion to Reopen"),** and (2) Plaintiffs' *Motion to Substitute Parties, to Confirm the Court's Permanent Injunction, for a Temporary Restraining Order, Expedited Preliminary Injunction Hearing, and for Appointment of a Special Master* (Doc. 737) **("Motion for TRO").**

Having carefully considered the matter and for oral reasons assigned, **IT IS ORDERED** that *Motion for TRO (Doc. 737)* is **DENIED**, largely for the reasons given by the

Secretary of State and by this Court in *Disability Rights, Louisiana v. Landry*, No. 24-554, 2024 WL 3566698, at *1 (M.D. La. July 29, 2024) (deGravelles, J.).

**IT IS FURTHER ORDERED** that the otion to Reopen (Doc. 695) is **DENIED** without prejudice. While the Court is not ruling on the merits at this time, the Court does want one, **Omnibus Motion** from Plaintiffs seeking all the relief they want from the Court. Plaintiff's brief in support and Defendants' opposition briefs shall be limited to **thirty (30) pages,** and Plaintiffs' reply to **fifteen (15) pages**. Plaintiffs will have **sixty (60) days** in which to file an omnibus motion and supporting brief, and Defendants will have **thirty (30) days** to respond. Plaintiffs' reply will be due **fifteen (15) days** thereafter.

The Court *sua sponte* raised the issue of whether the Court should stay the case pending the Supreme Court's decision in *Louisiana v. Callais*, No. 24-109. The Court summarized the parties' positions and stated that it would take the matter **UNDER ADVISEMENT.**

Signed in Baton Rouge, Louisiana, on <u>August 1, 2025</u>.

CV 36; T:  0:60 mins.
Reporter: Gina Delatte-Richard

**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**